# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Tammy Russell,<br>*Plaintiff*<br>v.<br>Department of the Treasury<br>*Defendant* | Civil Action No. 3:21-cv-289 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Because Plaintiff has no evidence that she is disabled or has suffered materially disparate treatment, Defendant's Motion for Summary Judgment, is GRANTED. The Clerk is ORDERED to TERMINATE this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Summary Judgment.

Date: 3/3/25

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*